# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-2422
LT Case Nos. 2014-304845-CFDB
2014-304911-CFDB

_____

ALONZA HENRY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.850 Appeal from the Circuit Court for Volusia County.
Karen A. Foxman, Judge.

Alonza Henry, Live Oak, pro se.

Ashley Moody, Attorney General, Tallahassee, and Douglas T. Squire, Assistant Attorney General, Daytona Beach, for Appellee.

April 2, 2024


PER CURIAM.

AFFIRMED.


EDWARDS, C.J., LAMBERT, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____